UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUILDING SERVICE 32BJ HEALTH FUND, BUILDING SERVICE 32BJ THOMAS SHORTMAN TRAINING, SAFETY & SCHOLARSHIP FUND, BUILDING SERVICE 32BJ LEGAL SERVICES FUND, BUILDING SERVICE 32BJ SUPPLEMENTAL RETIREMENT & SAVINGS FUND and 32BJ SCHOOL WORKERS PENSION FUND,

      Plaintiffs,

– *against* –

PARIS MAINTENANCE & MANAGEMENT CO., INC, PARIS MAINTENANCE CORP., METRO MAINTENANCE SERVICE CORP., and ABC COMPANIES 1-10 (all other trades or Businesses under common control with PARIS MAINTENANCE & MANAGEMENT CO INC. and METRO MAINTENANCE SERVICE CORP.),

      Defendants.

**ORDER**

21 Civ. 10829 (ER)

Ramos, D.J.:

  On April 8, 2022, the Court scheduled a Case Management Conference for October 12, 2022. Doc. 20. On October 12, 2022, Plaintiffs notified the Court that the parties were finalizing settlement discussions, and they asked the Court to adjourn the Case Management Conference. The parties are directed to submit a joint status report by Friday, October 21, 2022.

It is SO ORDERED.

Dated: October 17, 2022
    New York, New York

                     Edgardo Ramos, U.S.D.J.